**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE STEWART, | ) | CASE NO.: 09-cv-7965-DMG(VBKx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT PURSUANT TO** |
| | ) | **DEFENDANT'S OFFER OF JUDGMENT** |
| REDLINE RECOVERY SERVICES, LLC | ) | **UNDER FED.R.CIV.P. 68 [54]** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Based on Plaintiff's Acceptance of the Offer of Judgment made by Defendant Redline Recovery Services, LLC, filed on June 28, 2011, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. Judgment is entered against Defendant and in favor of Plaintiff Joe Stewart;
2. Judgment shall be entered in the amount of $3,502.00 for Plaintiff Joe Stewart;
3. Plaintiff shall be entitled to reasonable attorney's fees and costs in connection with this action, which are to be added to the Judgment as against Defendant. Said fees and costs are to be in an amount to be agreed upon by counsel for the parties; or if the parties are unable to reach an agreement, then fees and costs shall be determined by the Court, upon noticed Motion within no later than 30 days.

**IT IS SO ORDERED.**

Dated: June 30, 2011

DOLLY M. GEE, United States District Judge